IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 0 2 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

ROY ADEY, et al.,

    Plaintiffs,

v.

CIVIL ACTION NO. 5:07-CV-18

PENSION BENEFIT GUARANTY CORPORATION,

(JUDGE STAMP)

    Defendant.

## ORDER GRANTING MOTION TO SEAL

Upon consideration of the defendant's Unopposed Motion for Entry of an Order Authorizing filing of the Administrative Record Under Seal, and for good cause shown therein, it is hereby accordingly

**ORDERED** that the four-volume Administrative Record be filed under seal by the Clerk.

DATED: October 2, 2007

_____
UNITED STATES DISTRICT JUDGE